**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

BENEDIN CASASOLA-HERNANDEZ,    :
       Petitioner,    :
           :
       v.    :    No.    2:26-cv-4488
           :
JAMAL L. JAMISON, _Warden, Federal_    :
_Detention Center, Philadelphia_;    :
JOHN RIFE, _Acting Field Office Director of_ :
_Enforcement and Removal Operations,_    :
_Philadelphia Field Office,_    :
MARKWAYNE MULLIN, _Secretary of the_ :
_Department of Homeland Security_;    :
TODD BLANCHE, _Acting U.S. Attorney_    :
_General_; U.S. DEPARTMENT OF    :
HOMELAND SECURITY; and    :
EXECUTIVE OFFICE FOR    :
IMMIGRATION REVIEW;    :
       Respondents.    :

_____

## **O R D E R**

**AND NOW,** this 30th day of June, 2026, upon consideration of Petitioner Benedin Casasola-Hernandez's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, **IT IS ORDERED THAT**:

1.     Petitioner SHALL promptly serve the Office of the United States Attorney by email at the following addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.

2.     **No later than July 7, 2026**, Respondents SHALL file an expedited response to the Petition, along with any exhibits, copies of all relevant documents, and an index of exhibits/documents.  The response shall state the statutory authority for Petitioner's detainment and provide the related legal analysis and record evidence supporting the asserted statutory basis for detention.  The response shall also address whether a bond hearing is required and whether the petition for writ of habeas corpus may be decided on the papers.

3.     **No later than July 10, 2026**, Petitioner may file a reply to the response. If Petitioner has not already done so, Petitioner shall advise whether a bond hearing is required and whether the petition for writ of habeas corpus may be decided on the papers.

1

4.      Petitioner SHALL NOT be transferred outside the Commonwealth of Pennsylvania while the above-captioned action is pending.

                                        BY THE COURT:


                                        /s/ Joseph F. Leeson, Jr._____
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge